**Order entered December 20, 2021**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-18-00360-CR**

**DEMOND DEPREE BLUNTSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 49th District Court**
**Webb County, Texas**
**Trial Court Cause No. 2012CRO000674D1**

**ORDER**

We reinstate this appeal. Before the Court is the trial court's request for an extension until June 13, 2022, to deliver the supplemental record of its proceedings on remand. Given the parallel appeals in this Court and the Court of Criminal Appeals, in which each court has established a separate deadline for delivering the supplemental record, we **ORDER** the trial court to file its supplemental record in this Court within five days of it filing the supplemental record in the Court of Criminal Appeals, in compliance with any deadlines or extensions granted by that court.

We **ABATE** this appeal to allow the trial court to comply with our order.

<u>/Cory L. Carlyle/</u>
CORY L. CARLYLE
JUSTICE